954

No. 444, Misc. COLLINS v. CLAUDY, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 451, Misc. BUZZIE v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 453, Misc. BEECHER v. LEAVENWORTH STATE BANK ET AL. C. A. 9th Cir. Certiorari denied.

No. 472, Misc. RUTLEDGE v. HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 426. UNITED STATES v. HOOD ET AL., *ante*, p. 148;
No. 575. SCHNEIDER v. UNITED STATES, *ante*, p. 914; and
No. 445, Misc. O'NEILL v. ROBINSON, WARDEN, *ante*, p. 936. Petitions for rehearing denied.

MAY 26, 1952.

No. 752. MIZER ET AL. v. KANSAS-BOSTWICK IRRIGATION DISTRICT No. 2 ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Martin B. Dickinson* for appellants. *A. B. Mitchell* for appellees.

No. 476, Misc. BARNES v. HUNTER, WARDEN. Motions for leave to file petitions for writs of habeas corpus and certiorari denied.